OPINION — AG — ** OPEN RECORDS ACT — SCHOOLS — STUDENTS ** PUBLIC EDUCATION INSTITUTIONS ARE REQUIRED, UNDER OKLAHOMA OPEN RECORDS ACT, TO GRANT ACCESS TO ANY PERSON WHO REQUESTS IT. THIS OBLIGATION IS LIMITED TO DIRECTORY INFORMATION AS DEFINED BY 51 O.S. 24A.16 [51-24A.16](B). IT EXCLUDES SPECIFICALLY OTHER TYPES OF INFORMATION, THE DISCLOSURE OF WHICH WOULD BE VIOLATIVE OF APPLICABLE FEDERAL LAW. DISCLOSURE IS 'NOT' PERMITTED WITH RESPECT TO THOSE INDIVIDUALS WHO, EXERCISING THEIR RIGHTS EITHER UNDER20 U.S.C.A. 1232G(A)(5)(B) OR 51 O.S. 24A.16 [51-24A.16](B) HAVE OBJECTED TO SUCH DISCLOSURE. (REGENTS OF HIGHER EDUCATION, INSPECTION, PUBLIC RECORD, DOCUMENTS, CONFIDENTIALITY) CITE: OPINION NO. 85-167, 51 O.S. 24A.1 [51-24A.1], 51 O.S. 24A.2 [51-24A.2], 51 O.S. 24A.5 [51-24A.5], 51 O.S. 24A.5 [51-24A.5] [51-24A.5](2), 51 O.S. 24A.13 [51-24A.13], 51 O.S. 24A.16 [51-24A.16](B), 51 O.S. 24A.18 [51-24A.18] (NED BASTOW)